UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| JANICE K. JENNINGS, | ) | Case No. 03-04937-3F7 |
| Debtor. | ) | |
| | ) | |
| BRANDON JAMES MAXFIELD, | ) | |
| Plaintiff. | ) | Adversary No. 07-308 |
| v. | ) | |
| JANICE K. JENNINGS, | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

This proceeding came before the Court upon the Court's own Motion. On January 7, 2010 the Court entered Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment and Judgment in favor of Janice K. Jennings and against Brandon James Maxfield. On March 11, 2011 the United States District Court in Case No. 6:10-cv-265-Orl-35 entered an Order reversing this Court's Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment and remanding the proceeding to this Court to: 1) vacate the Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment and Judgment in favor of Janice K. Jennings and 2) enter an order granting Brandon James Maxfield's Motion for Summary Judgment.

It is

**ORDERED:**

1. Plaintiff's Motion for Summary Judgment is granted.

2. Defendant's Motion for Summary Judgment is denied.

**DATED** this 13 day of April, 2011 in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

**Copies furnished to:**

Richard R. Thames, Attorney for Plaintiff
Cynthia C. Jackson, Attorney for Defendant

2

United States Bankruptcy Court
Middle District of Florida

Maxfield,
        Plaintiff                                            Adv. Proc. No. 07-00308-JAF

Jennings,
        Defendant

## CERTIFICATE OF NOTICE

District/off: 113A-3          User: pcathy           Page 1 of 1           Date Rcvd: Apr 14, 2011
                              Form ID: pdfdoc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2011.
dft         +Janice Kay Jennings,   335 Orchid Hill Lane,   Copper Canyon, TX 76226-4517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla          Brandon James Maxfield
                                                                                       TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 16, 2011**              **Signature:** _Joseph Speetjens_